**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Yeda Research and Development Co., Ltd. v. Abbott GmbH & Co. KG

No. 15-1662

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Abbott GmbH & Co. KG
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

- Name: James R. Ferguson
- Law firm: Mayer Brown LLP
- Address: 71 South Wacker Drive
- City, State and ZIP: Chicago, IL 60606
- Telephone: (312) 701-7282
- Fax #: (312) 706-8421
- E-mail address: jferguson@mayerbrown.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 15, 2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

May 27, 2015                         /s/ James R. Ferguson
Date                                 Signature of pro se or counsel

cc: _____

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of May, 2015, I electronically filed the foregoing **ENTRY OF APPEARANCE** using the CM/ECF system, and served a copy via electronic mail to counsel of record for Appellant as follows:

| | |
|---|---|
| Kevin M. Flowers<br>Matthew C. Nielsen<br>Amanda K. Antons<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive, 6300 Willis Tower<br>Chicago, Illinois 60606<br>Telephone (312) 474-6300<br>Facsimile (312) 474-0448<br>kflowers@marshallip.com<br>mnielsen@marshallip.com<br>aantons@marshallip.com | Ronni S. Jillions<br>BROWDY AND NEIMARK, PLLC<br>1625 K Street, NW, Suite 1100<br>Washington, DC 20006<br>Telephone (202) 628-5197<br>Facsimile (202) 737-3528<br>rsjillions@browdyneimark.com |

May 27, 2015

/s/ Todd R. Walters
Todd R. Walters, Esq.
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 836-6620
Facsimile: (703) 836-2021
Email: todd.walters@bipc.com

James R. Ferguson, Esq.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone (312) 701-7282
Facsimile (312) 706-8421
Email: jferguson@mayerbrown.com

*Counsel for Appellee*