No. 2015-1662

---

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

---

YEDA RESEARCH AND DEVELOPMENT CO., LTD.,
*Plaintiff-Appellant,*

*v.*

ABBOTT GMBH & CO. KG,
*Defendant-Appellee.*

---

Appeal from the United States District Court
for the District of Columbia in
10-CV-1836, Judge Rosemary M. Collyer

---

APPELLEE'S UNOPPOSED MOTION FOR AN
18-DAY EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

James R. Ferguson
MAYER BROWN LLP
71 South Wacker
Chicago, IL 60606
(312) 701-7282

Todd R. Walters
BUCHANAN, INGERSOLL &
ROONEY PC
P.O. Box 1404
Alexandria, VA 22313
(703) 836-6620

Counsel for Plaintiff-Appellee

Appellee Abbott GmbH & Co. KG ("Abbott") hereby moves under Fed. R. App. P. 26(b) and Federal Circuit Rule 26(b), based on the facts testified to in the attached Declaration of James R. Ferguson, for an extension of time in which to file its Appellee's Brief of eighteen (18) days to and including September 14, 2015. The brief is currently due on August 27, 2015. No prior extensions have been sought or obtained by Appellee Abbott. The undersigned counsel for Abbott has discussed the motion with counsel for Appellant Yeda Research and Development Co., and counsel for Appellant has stated that Appellant will not oppose the motion.

Dated: July 31, 2015          Respectfully submitted,

/s/ James R. Ferguson
James R. Ferguson
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL. 60606
Telephone: 312-701-7282
Email: jferguson@mayerbrown.com

*Counsel for Appellee Abbott GmbH & Co. KG*

No. 2015-1662

---

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

---

YEDA RESEARCH AND DEVELOPMENT CO., LTD.,
*Plaintiff-Appellant,*

*v.*

ABBOTT GMBH & CO. KG,
*Defendant-Appellee.*

---

Appeal from the United States District Court
for the District of Columbia in
10-CV-1836, Judge Rosemary M. Collyer

---

## DECLARATION OF JAMES R. FERGUSON

---

Pursuant to Fed. Cir. R. 26(b)(5) and 28 U.S.C. § 1746, I, James R. Ferguson, make the following declaration:

1.     I am an attorney at Mayer Brown LLP, duly licensed and admitted to practice before this Court, and counsel for Appellee.  I have personal knowledge of the facts stated herein, and if called and sworn as a witness, could testify competently thereto.  I make this declaration

in support of Appellee's Unopposed Motion for 18-Day Extension of Time to File Appellee's Brief.

2.    I am lead counsel for Abbott in both this appeal and the companion appeal of *Abbott GmbH & Co. KG v. Yeda Research & Development Co., Ltd.*, Case No. 2015-1663 ("Companion Appeal").

3.    As lead counsel for Appellee, I have several proximate obligations, including the following:

- In the Companion Appeal, preparation of Abbott's Brief, which is currently due on August 27, 2015.

- In a confidential arbitration, the submission and review of post-hearing briefs and preparation for an oral argument on a date yet to be scheduled.

- In *Sands China, Ltd. v. Clark County District Court*, Case No. 67576, the drafting and submission of a Reply Brief in Support of a Petition for Mandamus before the Nevada Supreme Court on August 3, 2015, and preparation for oral argument on September 1, 2015.

- Preparation and presentation of an attorney proffer to the Department of Justice on August 4, 2015 in a non-public antitrust investigation.

- In *Stone Basket Innovation v. Cook Medical*, Case No. 15cv-464 (E.D. Tx.), preparation of invalidity contentions which are due to be submitted on September 14, 2011.

- In *Jacobs v. Las Vegas Sands Corp.*, Case No. 10 A 62791 (Clark Co., Nevada) preparation for, and attendance at, multiple court hearings and depositions in August 2015.

4.     These professional obligations interfere with counsel's ability to complete the Appellee's brief in both this appeal and the Companion Appeal by the current due date.

5.     In addition to the above professional responsibilities, I have planned to take vacation time in August 2015 to (among other things) assist my daughter in moving from Chicago to Berkeley, California where she will begin school on August 24, 2015.

6.     I also have a minor medical procedure scheduled for September 3, 2015, which will keep me out of the office for approximately a week.

7.     Counsel for Appellant Yeda has stated that they do not oppose this requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2015          _/s/ James R. Ferguson_
                                    James R. Ferguson (*with consent*)

## <u>CERTIFICATE OF SERVICE</u>

I, James R. Ferguson, hereby certify that on July 31, 2015, I served a copy of the foregoing Appellee's Unopposed Motion for an 18-Day Extension of Time to File Appellee's Brief via the Court's electronic filing system to:

*Counsel for Appellant Yeda Research and Development Co.*

*/s/ James R. Ferguson*
James R. Ferguson

717105646